**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**SCIENCE APPLICATIONS INTERNATIONAL CORP. (SAIC) BACKUP TAPE DATA THEFT LITIGATION**<br><br>_____<br><br>**This Document Relates To:**<br><br>**ALL CASES** | Misc. Action No. 12-mc-347 (JEB)<br>MDL No. 2360 |

## NOTICE OF NAME CHANGE

Defendant Science Applications International Corporation respectfully notifies this Court, through undersigned counsel, that it has changed its name to Leidos, Inc. ("Leidos"). Contact and counsel information for Leidos remain the same.[1]

Dated:  June 6, 2014

Respectfully submitted,

*/s/ Kenneth L. Chernof*
Kenneth L. Chernof, DC Bar No. 434501
Robert J. Katerberg, DC Bar No. 466325
Allyson Himelfarb, DC Bar No. 988419
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000

*Counsel for Leidos, Inc. f/k/a Science Applications International Corporation*

---

[1] For the avoidance of confusion, Leidos notes that in connection with the same transaction that resulted in its change of name, Leidos spun off to its shareholders a new entity, SAIC Gemini Inc., which was then renamed Science Applications International Corporation ("New SAIC"). New SAIC is a distinct entity from Leidos f/k/a Science Applications International Corporation, and is not a party to this litigation.