IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>SCIENCE APPLICATIONS<br>INTERNATIONAL CORP. (SAIC)<br>BACKUP TAPE DATA THEFT<br>LITIGATION<br>───────────────────────<br>**This Document Relates To:**<br><br>**ALL CASES** | Misc. Action No. 12-347 (JEB)<br>MDL No. 2360 |

**STIPULATION OF DISMISSAL OF**
**PLAINTIFF ROBERT CURTIS WITH PREJUDICE**

Plaintiff Robert Curtis and Defendants have agreed to dismissal with prejudice of Plaintiff Curtis's claims against all Defendants, with each party to bear its own costs and attorneys' fees.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Robert Curtis and Defendants, through their respective counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Curtis's claims against all Defendants are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

2

| | |
|---|---|
| */s/ Jeremiah Frei-Pearson* <br> Jeremiah Frei-Pearson, Esq. <br> Meiselman, Packman, Nealon, Scialabba & Baker P.C. <br> 1311 Mamaroneck Avenue <br> White Plains, NY 10605 <br> Email:  JFrei-Pearson@mpnsb.com <br> Fax:  914-517-5055 <br> Phone:  914-517-5000 <br><br> *Counsel for Robert Curtis* | */s/ Kenneth L. Chernof* <br> Kenneth L. Chernof, DC Bar No. 434501 <br> Robert J. Katerberg, DC Bar No. 466325 <br> Allyson Himelfarb, DC Bar No. 988419 <br> ARNOLD & PORTER LLP <br> 555 Twelfth Street, N.W. <br> Washington, DC 20004-1206 <br> Telephone: (202) 942-5000 <br> kenneth.chernof@aporter.com <br><br> *Counsel for Leidos, Inc. f/k/a Science Applications International Corporation* |

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Paul G. Freeborne*
PAUL G. FREEBORNE
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC 20044
Tel: (202) 353-0543
Fax: (202) 616-8460
paul.freeborne@usdjoj.gov

*Counsel for the United States Department of Defense, TRICARE Management Activity, and Chuck Hagel, in his Official Capacity as Secretary of the DOD*