IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORP. (SAIC) BACKUP TAPE DATA THEFT LITIGATION<br><br>This Document Relates To:<br><br>*Arellano v. Sci. Applications Int'l Corp.*, No. 1:12-cv-01111-JEB | Misc. Action No. 12-347 (JEB)<br>MDL No. 2360 |

## STIPULATION OF DISMISSAL OF
## PLAINTIFF DOROTHY YARDE WITH PREJUDICE

Plaintiff Dorothy Yarde and Defendants have agreed to the dismissal of Plaintiff Yarde's claims against all Defendants, with prejudice, with each Party to bear its own costs and attorneys' fees.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff Dorothy Yarde and Defendants, through their respective counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Yarde's claims against all Defendants are dismissed, with prejudice. Each Party will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

*/s/ Richard L. Coffman*
Richard L. Coffman
THE COFFMAN LAW FIRM
First City Building
505 Orleans St., Suite 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

*Counsel for Dorothy Yarde*

*/s/ Kenneth L. Chernof*
Kenneth L. Chernof, DC Bar No. 434501
Robert J. Katerberg, DC Bar No. 466325
Allyson Himelfarb, DC Bar No. 988419
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Telephone: (202) 942-5000

*Counsel for Leidos, Inc. f/k/a Science Applications International Corporation*

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

*/s/ Paul G. Freeborne*
PAUL G. FREEBORNE
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, DC 20044
Tel: (202) 353-0543
Fax: (202) 616-8460
paul.freeborne@usdjoj.gov

*Counsel for the United States Department of Defense, TRICARE Management Activity, and Chuck Hagel, in his Official Capacity as Secretary of the DOD*